

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIFFANY GACHASSIN | : CIVIL ACTION: 07-0555 |
| VERSUS | : JUDGE HAIK |
| AMERICAN STATES INSURANCE COMPANY | : MAGISTRATE JUDGE HILL |

### JUDGMENT OF DISMISSAL

On Motion of counsel for Plaintiff in the above entitled and numbered cause:

IT IS ORDERED, ADJUDGED AND DECREED that said suit be dismissed, with prejudice, with defendant to bear all court costs.

DONE, READ AND SIGNED in Chambers, this 19th day of September, 2007.

_____
HONORABLE JUDGE RICHARD T. HAIK, SR.
WESTERN DISTRICT OF LOUISIANA